**Exhibit B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEFAN JEREMIAH,

                Plaintiff,

- against -

REMEZCLA, LLC,

                Defendant.

Docket No. 17-cv-2464-NGG-CLP

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stefan Jeremiah, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, with each party to bear its or his own costs and attorney's fees.

Dated:   Valley Stream, New York
           July 22, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/ *Richard Liebowitz*
      Richard P. Liebowitz

11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Stefan Jeremiah*