**Exhibit B**

D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFAN JEREMIAH,<br><br>                    Plaintiff,<br><br>- against -<br><br>REMEZCLA, LLC,<br><br>                    Defendant. | Docket No. 17-cv-2464-NGG-CLP |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stefan Jeremiah, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, with each party to bear its or his own costs and attorney's fees.

Dated: Valley Stream, New York
       July 22, 2017

                                              LIEBOWITZ LAW FIRM, PLLC

                                              By: /s/ *Richard Liebowitz*
                                                     Richard P. Liebowitz

                                              11 Sunrise Plaza, Suite 305
                                              Valley Stream, New York 11580
s/Nicholas G. Garaufis               Telephone: (516) 233-1660
7/24/17                                   RL@LiebowitzLawFirm.com

                                              *Attorneys for Plaintiff Stefan Jeremiah*